| | | | |
|---|---|---|---|
| Com. v. Capps | 722 MDA 2016 Vacated and Remanded | 02/24/2017 | CP–06–MD–0000441–2016 (Berks) |
| A.S.M. v. E.M.S. | 1151 MDA 2016 Affirmed | 02/24/2017 | 2016–FC–366–23 (York) |
| Com. v. Vanderpool | 1152 MDA 2016 Affirmed | 02/24/2017 | CP–08–CR–0000003–1965 CP–08–MD–0000209–2012 (Bradford) |
| Com. v. Frantz | 1190 MDA 2016 Affirmed | 02/24/2017 | CP–36–CR–0001931–2015 (Lancaster) |
| Com. v. Dortch | 1235 MDA 2016 Affirmed | 02/24/2017 | CP–67–MD–0001530–2016 (York) |
| Com. v. Williams | 1253 MDA 2016 Affirmed | 02/24/2017 | CP–41–CR–0001217–2013 (Lycoming) |
| Com. v. Thompson | 921 WDA 2016 Affirmed | 02/24/2017 | CP–04–CR–0001068–2015 (Beaver) |
| Com. v. Garland | 1646 EDA 2014 Affirmed | 02/27/2017 | CP–51–CR–0804261–2001 (Philadelphia) |
| Com. v. Rullan | 2738 EDA 2015 Affirmed | 02/27/2017 | CP–39–CR–0004046–2011 (Lehigh) |
| Com. v. Holland | 3283 EDA 2015 Affirmed | 02/27/2017 | CP–23–CR–0005281–2014 (Delaware) |
| TD Bank v. The Ogontz Avenue Revitalization Corp. | 35 EDA 2016 Affirmed | 02/27/2017 | 04775, August Term, 2015 (Philadelphia) |
| TD Bank v. Rowan Development, Inc. | 36 EDA 2016 Affirmed | 02/27/2017 | 04827, August Term, 2015 (Philadelphia) |
| Masserrat v. Masserrat | 186 EDA 2016 Affirmed | 02/27/2017 | 2006–FC–1453 (Lehigh) |
| Com. v. Caiati | 559 EDA 2016 Affirmed | 02/27/2017 | CP–64–CR–0000063–2012 (Wayne) |
| Com. v. Hissim | 1464 EDA 2016 Affirmed | 02/27/2017 | CP–48–CR–0000181–2015 (Northampton) |
| Com. v. Vestal | 1786 MDA 2015 Reversed, Vacated and Remanded | 02/27/2017 | CP–40–CR–0001279–2011 (Luzerne) |
| Com. v. Zerby | 283 MDA 2016 Affirmed | 02/27/2017 | CP–40–CR–0003196–2012 (Luzerne) |